UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARLA BRINTLEY,

    Plaintiff,

v.

AEROQUIP CREDIT UNION,

    Defendant.

_____/

Case No. 17-13912

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ANTHONY P. PATTI

**ORDER OF DISMISSAL**

Plaintiff, Karla Brintley, a permanently blind woman, commenced this action against Defendant Aeroquip Credit Union alleging violations of Title III of the Americans with Disabilities Act, 42 U.S.C.§ 12181 *et seq.*, and the Michigan Persons with Disabilities Civil Rights Act, M.C.L. § 37.110 *et seq*. On August 2, 2018, Plaintiff filed an Amended Complaint [Dkt. # 35]. On August 30, 2018, the Court issued an Order denying Defendant's Motion to Dismiss Plaintiff's Amended Complaint [37]. On September 10, 2018, Defendant filed an Interlocutory Appeal to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1292(b) [39]. On August 27, 2019, the Sixth Circuit issued an Opinion and Judgment [41]

reversing the Court's Order [37]. The Sixth Circuit issued a Mandate [42] to the Court on September 18, 2019.

Accordingly,

**IT IS ORDERED** that Plaintiff's Amended Complaint [35] is **DISMISSED**.

**SO ORDERED**.

Dated: September 25, 2019

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge